[No. 17655-6-II.   Division Two.   September 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN V. LAGERQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 93-1-00222-4, David R. Draper, J., entered November 1, 1993. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 16614-3-II.   Division Two.   March 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON J. GUINN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00016-1, Thomas L. Lodge, J. Pro Tem., entered September 30, 1992. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[Nos. 18033-2-II; 18045-6-II.   Division Two.   March 15, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. CYNTHIA D. GRIFFIN, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. GARY L. BARTLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, Nos. 93-1-00395-6 and 93-1-00396-4, H. John Hall, J., entered March 14, 1994. *Reversed* by unpublished opinion per Turner, J., concurred in by Morgan and Armstrong, JJ.

[No. 18209-2-II.   Division Two.   March 15, 1996.]

FINANCIAL ASSISTANCE, INC., *Appellant*, v. STEVEN C. SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-02221-6, M. Karlyn Haberly, J., entered April 27, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.